U.S. V. McDaniel
# 98-3279                                            98-20027

Honorable Mr. McCuskey,
 I am presenting this as a motion 18 U.S.C. 3582(c)(2). I was previously convicted of an offense involving Crack Cocaine, I believe the retroactive Amendment to the Sentencing Guidelines applies to my case, and I am requesting that the district court modify my sentence pursuant to the amendment.
 I am requesting that the court appoint me counsel to litigate the motion for me.


FILED
MAR - 5 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Andrew McDaniel
11310-026
FMC Rochester
P.O. Box 4000
Rochester, MN 55903